■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VARSEY JOHNSON, Appellant. [759 NYS2d 361] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered June 6, 2001, convicting him of murder in the second degree, upon a jury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review and, in any event, is without merit. Altman, J.P., Cozier, Mastro and Rivera, JJ., concur.